JS6

FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIYA K. GOSWAMI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA; DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. CV 09-09473 R (PJWx)<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br><br>Courtroom: 8<br>Judge:　　Hon. Manuel L. Real<br>Action Filed:　12/28/2009 |

1

On April 5, 2010, defendant State of California's Motion to Dismiss Complaint Pursuant to Rule 12(b) came on regularly for hearing in Courtroom 8 of the above-entitled court, the Hon. Judge Manuel L. Real presiding. Defendant and moving party State of California was represented by Deputy Attorney General Mark R. Beckington. Plaintiff Amiya K. Goswami was represented by attorney Sahm M. Manouchehri. There were no other appearances.

The Court having granted the motion to dismiss without leave to amend and having ordered that the complaint be dismissed with prejudice on the grounds that the complaint amounts to a de facto appeal from a state court judgment, that the Court lacks subject matter jurisdiction over the claims alleged in the complaint under the *Rooker-Feldman* doctrine, and that the complaint is therefore subject to dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1),

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED:

1. That the complaint of plaintiff Amiya K. Goswami be and hereby is dismissed with prejudice.

2. That plaintiff Amiya K. Goswami take nothing by way of his complaint in this action; and

3. That defendant State of California recover its costs from plaintiff Amiya K. Goswami in the sum of $_____.

Dated: April 9, 2010

The Honorable Manuel L. Real